UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDY LUNA,

                Plaintiff,

   -against-

AC GREGORY, ET AL,

                Defendants.

24-cv-1884 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 28, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 31, 2024
          New York, New York

                                            /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                          Chief United States District Judge